IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN L. MORRIS,

           Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. CV 07-6084-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Opinion and Order of the court entered September 29, 2008 (#14).

    DATED this __30th__ day of September, 2008.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge

PAGE 1 - JUDGMENT