FILED'08 NOV 25 13:37 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| JOHN L. MORRIS, | Civil No. 3:07-CV-6084-MO |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,000.00 will be awarded to Plaintiff and shall be paid directly to Plaintiff's attorney, Richard McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses will be awarded.

DATED this 25th day of Nov., 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER - [3:07-CV-6084-MO]